**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DAVE CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>    Defendants. | Case No. 4:23-cv-00920<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Dave Carlson ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Southwest Airlines Co. ("Southwest Airlines" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Southwest; and (c) review of other publicly available information concerning Southwest.

## NATURE OF THE ACTION AND OVERVIEW

1.    This is a class action on behalf of persons and entities that purchased or otherwise acquired publicly traded Southwest Airlines securities between June 13, 2020 and December 31, 2022, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.    Southwest Airlines operates a major passenger airline that provides scheduled air transportation in the United States and near-international markets.

3.    On June 14, 2021, after the market closed, news outlets reported that Southwest Airlines flights were being delayed due to a nationwide technical difficulty with the Company's weather information system.

4.    On June 15, 2021, during market hours, news outlets including *CNBC* reported that Southwest Airlines canceled more flights on Tuesday, June 15, 2021 due to a network connectivity issue that was unrelated to the problems on Monday with the Company's weather information system.

5.      On this news, Southwest Airlines' share price fell $0.16 per share to close at $57.12 per share on June 15, 2021, thereby injuring investors.

6.      Then, during market hours on Wednesday, June 16, 2021, news outlets reported that Southwest Airlines was delaying and canceling flights for a third day in a row due to continuing technical issues. The *New York Times* published an article entitled, "Southwest Airlines Delays and Cancels Flights for a Third Day." The article explained that "[t]he headaches began with problems with a weather data supplier on Monday, then technical troubles on Tuesday, and the issues spilled over into Wednesday."

7.      On this news, Southwest Airlines' share price fell $0.45 to close at $56.67 per share on June 16, 2021, thereby injuring investors. The Company's share price continued to decline on June 17, 2021, falling another $1.10 per share to close at $55.57 on June 17, 2021, thereby further injuring investors.

8.      Then, on Saturday, October 9, 2021, Southwest Airlines published a tweet on Twitter.com stating that "ATC [air traffic control] issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend while we work to recover our operation." The same day, *AZ Central* published an article reporting that "Southwest cancels, delays hundreds of flights nationwide." *AZ Central* reported that, after receiving pushback that the Federal Aviation Administration's ("FAA") delay website showed no evidence of delays, Southwest Airlines issued an updated statement stating that the delays resulted "after an FAA-imposed air traffic management program was implemented due to weather and resulted in a large number of cancellations." By Saturday afternoon, the Company had 568 cancellations and 717 delayed flights nationwide. Additional news outlets echoed and expanded on the disclosure, reporting that Southwest Airlines flights were being canceled or delayed as part of a major nationwide problem.

9.      On October 11, 2021, the first trading day following the disclosures, Southwest Airlines' share price fell $2.25, or 4.17%, to close at $51.67 per share on October 11, 2021, thereby injuring investors.

10.      Then, on December 27, 2022, *Reuters* published an article entitled "Southwest cancels thousands more flights; U.S. Government Vows Scrutiny." This article quoted Casey Murray, president of the Southwest Airlines Pilots Association (the "SWAPA"), who said "Southwest is using outdated technology and processes, really from the '90s, that can't keep up with the network complexity today."

11.      The *Reuters* article also discussed Southwest Airlines' flight schedule. Rather than flying out of hubs, Southwest Airlines relies on the aforementioned point-to-point service, which leaves Company staff vulnerable to being stranded during disruptions (such as inclement weather). Murray said that this complex and aggressive business model was possible. However, executing this strategy in adverse conditions would only be possible with software that was more effective than Sky Solver, Southwest Airlines' proprietary software that is used to match flight staff personnel with different flights. Murray stated that "[w]e had aircraft that were available, but the process of matching up those crew members with the aircraft could not be handled by our technology." Due to Sky Solver's failure, the Company had to manually match crew members to specific flights, a process that Murray called "extraordinarily difficult."

12.      On the same day, *CNN* published an article entitled "Why Southwest is Melting Down," which quoted Kathleen Bangs, a spokesperson for a flight tracking website called FlightAware, who stated that Southwest's schedule was aggressive in that it focused on shorter flights with tight turnaround times. Bangs further stated, "[t]hose turnaround times bog things down."

13.     The December 27 *CNN* article quoted Lyn Montgomery, the president of the labor union which represents Southwest Airlines' flight attendants, as saying "[t]he phone system the company uses is just not working. They're just not manned with enough manpower in order to give the scheduling changes to flight attendants, and that's created a ripple effect that is creating chaos throughout the nation." The article revealed that it also obtained a transcript of a phone call between Southwest Airlines' COO, Andrew Watterson, and various company employees, in which Watterson stated "[t]he process of matching up [crew members] with the aircraft could not be handled by our technology."

14.     On this news, Southwest Airlines stock fell from a closing price of $36.09 on December 23, 2022, to $33.94 on the next trading day, December 27, 2022, and then to $32.19 on December 28, 2022, a drop of more than 12%.

15.     More news emerged about Southwest Airlines over the following days. On December 30, 2022, *My Tech Decisions* published an article about Southwest Airlines entitled "Southwest Airlines' Holiday Collapse Due in Part to Outdated IT Systems," which discussed how the SWAPA had warned that the Company needed to improve its technological infrastructure. SWAPA stated, "A systemic failure of Southwest Airlines leaders to modernize, support, and staff its operation leaves every frontline employee, Pilots included, tired of apologizing to our passengers. . . . For more than a decade, leadership shortcomings in adapting, innovating, and safeguarding our operations have led to repeated system disruptions, countless disappointed passengers, and millions in lost profits." Further, "we call for investing in infrastructure . . . in the forms of crew scheduling software that takes into account our point-to-point network . . . and communication tools that would have allowed for displaced crews to remain in in constant contact with our Company."

4

16.      On December 31, 2022, *The New York Times* published an article entitled "The Shameful Open Secret Behind Southwest's Failure," which discussed how it was an "open secret" within Southwest Airlines that it desperately needed to modernize its scheduling systems. In particular, the article discussed how software shortcomings had "contributed to previous, smaller-scale meltdowns," and that Southwest Airlines worker unions had warned the Company about the software at various times before the Company's meltdown over the 2022 holiday season.

17.      On this news, Southwest Airlines stock price fell from a closing price of $33.67 on December 30, 2022 to $32.6 on the next trading day, January 3, 2023, a drop of more than 3%.

18.      Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) Southwest Airlines continuously downplayed or ignored the serious issues with the technology it used to schedule flights and crews, and how it stood to be affected worse than other airlines in the event of inclement weather; (2) it did not discuss how its unique point-to-point service and aggressive flight schedule could leave it prone to prolonged delays in the event of inclement weather; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

## JURISDICTION AND VENUE

19.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

20.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

21.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are located in this Judicial District.

22.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

23.     Plaintiff Dave Carlson, as set forth in the accompanying certification, incorporated by reference herein, purchased Southwest Airlines securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

24.     Defendant Southwest Airlines is incorporated in Texas and its principal executive office in Dallas, Texas. Southwest Airlines common stock trades on the New York Stock Exchange ("NYSE") under the symbol "LUV."

25.     Defendant Gary Kelly ("Kelly") served as the Company's Chief Executive Officer ("CEO") from 2004 to February 2022. He has also served as the Executive Chairman of the Board of Directors (the "Board") since 2008.

26.     Tammy Romo ("Romo") has served as the Company's Executive Vice President & Chief Financial Officer ("CFO") since September 2012.

27.     Defendant Robert E. Jordan ("Jordan") has served as the Company's CEO since February of 2022.

28.     Defendants Kelly, Romo, and Jordan (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

29.     Southwest Airlines operates a major passenger airline that provides scheduled air transportation in the United States and near-international markets.

### Materially False and Misleading

### Statements Issued During the Class Period

30.     The Class Period begins on June 13, 2020.[1]  On that day, the Baltimore Sun released an article titled "Southwest Glitch Delays BWI Flights: Problem With Computer System Affected Airports Nationwide, Airline's Website."  This article discussed how Southwest Airlines

---

[1] Unless otherwise stated, all emphasis in bold and italics hereinafter is added.

experienced problems with its computer system for a significant part of an afternoon, causing

"significant flight delay" at airports around the country. Specifically, for about three hours, visitors

to Southwest.com could not check into their flights, purchase tickets, or check their flight's status.

One traveler commented, "I'd like to know how a company as big as Southwest can have their

whole server go down [. . .] Where's the backup plan?"

31.    According to FlightAware.com, this system failure delayed more than 600 flights

as of 9:00 PM that day and resulted in 17 cancelled flights.

32.    On July 27, 2020, Southwest Airlines filed with the SEC its Quarterly Report on

Form 10-Q for the Quarter ended June 30, 2020 (the "2Q20 Report"). Attached to the 3Q21 Report

were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants

Kelly and Romo attesting to the accuracy of any material changes to the Company's internal

control over financial reporting, and the disclosure of all fraud.

33.    The 2Q20 Report ignored the serious risk that having outdated technology posed to

the Company's business by providing the following, in pertinent part, regarding the Company's

risks:

> Financial results for the Company and airlines in general can be seasonal in nature.
> . . . ***Air travel is also significantly impacted by general economic conditions, the
> amount of disposable income available to consumers and changes in consumer
> behavior, unemployment levels, corporate travel budgets, global pandemics such
> as COVID-19, extreme or severe weather and natural disasters, fears of terrorism
> or war, governmental actions, and other factors beyond the Company's control.***
> These and other factors, such as the price of jet fuel in some periods, the nature of
> the Company's fuel hedging program, and the periodic volatility of commodities
> used by the Company for hedging jet fuel, have created, and may continue to create,
> significant volatility in the Company's financial results.

34.    The 2Q20 Report did not disclose the Company's internal control issues. It stated

the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule
> 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed

to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. ***These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure.***

***Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of June 30, 2020***. Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of June 30, 2020, at the reasonable assurance level.

35.    On August 12, 2020, *USA Today* released an article titled "'So I Guess Southwest has Invented Time Travel': Airline Sends Passengers Bizarre Flight Changes." This article detailed how Southwest Airlines' system would re-route travelers, but would make the crucial mistake of scheduling travelers to arrive at a given airport *after* their connecting flights were due to leave. To illustrate, a traveler booked a nonstop flight from San Diego, California to Reno, Nevada, which was then re-routed to contain a connecting flight via Oakland, California. However, the connecting flight was due to leave 10 minutes before the first flight was scheduled to land.

36.    Southwest Airlines attempted to downplay the nonsensical flight changes by saying that passengers receiving such schedules had received preliminary flight change information that had not been finalized. One affected passenger was reportedly an information technology worker. She suspected that a computer glitch was to blame, and commented "[t]his should have been literally impossible."

37.    On October 27, 2020, the Company filed with the SEC its Quarterly Report on Form 10-Q for the Quarter ended September 30, 2020 (the "3Q20 Report"). Attached to the 3Q21 Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Kelly and Romo attesting to the accuracy of any material changes to the Company's

internal control over financial reporting, and the disclosure of all fraud.

38.　　The 3Q20 Report ignored the serious risk that having outdated technology posed to the Company's business by providing the following, in pertinent part, regarding the Company's risks:

> Financial results for the Company and airlines in general can be seasonal in nature. . . . ***Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers, unemployment levels, corporate travel budgets, extreme or severe weather and natural disasters, fears of terrorism or war, and other factors beyond the Company's control. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results***. See Note 4 for further information on fuel and the Company's hedging program. Operating results for the three and nine months ended September 30, 2020, are not necessarily indicative of the results that may be expected for future quarters or for the year ended December 31, 2020.

39.　　The 3Q20 Report did not disclose the Company's internal control issues. It stated the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. ***These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of September 30, 2020***. Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of September 30, 2020, at the reasonable assurance level.

40.　　On February 8, 2021, Southwest Airlines filed with the SEC its 2020 Annual Report on Form 10-K for the year ended December 31, 2021 (the "2020 Annual Report"). Attached to the

2020 Annual Report were certifications pursuant to SOX signed by Defendants Kelly and Romo attesting to the accuracy and truthfulness of the information contained therein

41.     The 2020 Annual Report downplayed the serious present risk that having outdated information technology posed to the Company's business by mostly discussing hypothetical scenarios regarding the Company's technology risks, rather than plainly stating that its existing technology was outdated and that it presented a clear and imminent risk to the Company's operations:

> The Company is increasingly dependent **on the use of complex technology and systems to run its ongoing operations and support its strategic objectives**. These technologies and systems include, among others, the Company's website and reservation system, flight dispatch and tracking systems, flight simulators, check-in kiosks, maintenance record keeping management systems, telecommunications systems, flight planning and scheduling systems, crew scheduling systems, and financial planning, management, and accounting systems. **The performance, reliability, and security of the Company's technology infrastructure and supporting systems are critical to the Company's operations and initiatives**.
>
> Implementation and integration of complex systems and technology present significant challenges in terms of costs, human resources, and development of effective internal controls. **Implementation and integration require a balancing between the introduction of new capabilities and the managing of existing systems, and present the risk of operational or security inadequacy or interruption, which could materially affect the Company's ability to effectively operate its business and/or could negatively impact the Company's results of operations**.
>
> The Company is also reliant upon the performance of its third party vendors for timely and effective implementation and support of many of its technology initiatives and for maintaining adequate information security measures. **If any of the Company's significant technologies or automated systems were to cease functioning, or if its third party vendor service providers were to fail to adequately and timely provide technical support, system maintenance, or software upgrades for any of the Company's existing systems, the Company could experience service interruptions, delays, and loss of critical data, which could harm its operations, and result in financial losses and reputational damage.**
>
> **In the ordinary course of business, the Company's systems will continue to require modification and refinements to address growth and changing business requirements**. In addition, the Company's systems may require modification to enable the Company to comply with changing regulatory requirements.

*Modifications and refinements to the Company's systems have been and are expected to continue to be expensive to implement and can divert management's attention from other matters. In addition, the Company's operations could be adversely affected, or the Company could face imposition of regulatory penalties, if it were unable to timely or effectively modify its systems as necessary or appropriately balance the introduction of new capabilities with the management of existing systems.*

The Company has experienced system interruptions and delays that have made its websites and operational systems unavailable or slow to respond, which has prevented the Company from efficiently processing Customer transactions or providing services. Any future system interruptions or delays could reduce the Company's operating revenues and the attractiveness of its services, as well as increase the Company's costs. *The Company's technologies and systems and functions could be damaged or interrupted by catastrophic events beyond its control such as fires, floods, earthquakes, tornadoes and hurricanes, power loss, computer and telecommunications failures, acts of war or terrorism, computer viruses, security breaches, and similar events or disruptions. Any of these events could cause system interruptions, delays, and loss of critical data, and could prevent the Company from processing Customer transactions or providing services, which could make the Company's business and services less attractive and subject the Company to liability.* Any of these events could damage the Company's reputation and be expensive to remedy.

42.    In its 2020 Annual Report, Southwest Airlines also discussed its unique "point-to-point" route structure which differs from the "hub-and-spoke" route structure used by most  major domestic airlines. In its discussion of its route structure, Southwest Airlines emphasized positive aspects of the unique "point-to-point" structure, but did not disclose that in adverse weather conditions, the "point-to-point" structure could leave Southwest Airlines more adversely affected than its competitors. It stated, in pertinent part:

Southwest *has historically principally provided point-to-point service, rather than the "hub-and-spoke" service provided by most major U.S. airlines. The hub-and-spoke system concentrates most of an airline's operations at a limited number of central  hub cities and serves most other destinations in the system by providing one-stop or connecting service through a hub. By not concentrating operations through one or more central transfer points, Southwest's point-to-point route structure has allowed for more direct nonstop routing than hub-and-spoke service.* However, in response to the effects of the COVID-19 pandemic, the Company placed greater reliance in 2020 on connecting traffic in an effort to capture Customer demand. Approximately 72 percent of  the  Company's Customers flew nonstop during 2020, compared with 77 percent during 2019,

and, as of December 31, 2020, Southwest served 667 nonstop city pairs, compared with 720 as of December 31, 2019. For 2020, the Company's average aircraft trip stage length was 743 miles, with an average duration of approximately 2.0 hours, as compared with an average aircraft trip stage length of 748 miles and an average duration of approximately 2.0 hours in 2019.

**Southwest's point-to-point service has also enabled it to provide its markets with frequent, conveniently timed flights and low fares**. For example, Southwest currently offers 8 weekday roundtrips between Dallas Love Field and Houston Hobby, five weekday roundtrips between Denver and Chicago Midway, four weekday roundtrips between Los Angeles International and Las Vegas, and eight weekday roundtrips between Phoenix and Denver. Southwest complements its high-frequency short-haul routes with long-haul nonstop service including flights between California and Hawaii and between markets such as Los Angeles and Nashville, Los Angeles and Baltimore, and San Diego and Baltimore.

43.    On April 27, 2021, Southwest Airlines filed with the SEC its Quarterly Report on Form 10-Q for the Quarter ended March 31, 2021 (the "1Q21 Report"). Attached to the 3Q21 Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Kelly and Romo attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

44.    The 1Q21 Report ignored the serious risk that having outdated technology posed to the Company's business by providing the following, in pertinent part, regarding the Company's risks:

Financial results for the Company and airlines in general can be seasonal in nature. . . . **Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control**. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results. See Note 4 for further information on fuel and the Company's hedging program. Operating results for the three months ended March 31, 2021, are not necessarily indicative of the results that may be expected for future quarters or for the year ended December 31, 2021.

45.    The 1Q21 Report did not disclose the Company's internal control issues. It stated the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. ***These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of March 31, 2021***. Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of March 31, 2021, at the reasonable assurance level.

46.    The above statements in ¶¶ 30-45 were materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) Southwest Airlines continuously downplayed or ignored the serious issues with the technology it used to schedule flights and crews, and how it stood to be affected worse than other airlines in the event of inclement weather; (2) it did not discuss how its unique point-to-point service and aggressive flight schedule could leave it prone to prolonged delays in the event of inclement weather; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

47.    On June 14, 2021, after the market closed, news outlets reported that Southwest Airlines flights were being delayed due to a nationwide technical difficulty with the Company's weather information system. For example, on June 14, 2021, news outlet *KTSM* reported that "Southwest Airlines resumes flights delayed due to 'technical issue.'" The article, in relevant part, stated:

Southwest Airlines flights resumed Monday evening after a reported "technical difficulty" nationwide.

"We've resumed normal flight operations after our third-party weather data provider experienced intermittent performance issues Monday evening preventing transmission of weather information that is required to safely operate our aircraft," the company said in a statement to NewsNation. "While Southwest Teams and the vendor worked to restore connectivity, we implemented a ground stop to protect the Safety of our Crews and Customers."

Initially, Hollywood Burbank airport reported all Southwest flights were suspended due to a "nationwide network issue."

Passengers from grounded flights reported on Twitter not being allowed to return back to gates to exit the planes due to the software issue.

48.    Then, on June 15, 2021, news outlets, including *CNBC* reported that "Southwest Airlines cancels 500 flights after second technology issue in two days." The *CNBC* article stated the following, in relevant part:

Southwest Airlines canceled 500 flights, 15% of its schedule, Tuesday as it struggled with connectivity issues, a day after technical problem with a weather data supplier delayed hundreds of flights.

The Federal Aviation Administration briefly issued a nationwide ground stop for Southwest, which prevents its flights from taking off to avoid overwhelming destinations.

More than 1,290 Southwest flights were delayed on Tuesday, more than a third of the carrier's schedule, according to flight tracking site FlightAware. The airline said operations were returning to normal by Tuesday afternoon.

"Southwest is in the process of resuming normal operations after a brief pause in our flight activity resulting from intermittent performance issues with our network connectivity Tuesday afternoon," Southwest spokesman Chris Mainz said in a statement. "Our Teams are working quickly to minimize flight disruptions and Customer impact. We appreciate our Customers' patience as we work to get them to their destinations."

Southwest said it is investigating the issue and doesn't have reason to believe it's connected to Monday's problem.

Denver International Airport earlier tweeted that Southwest was having a "network connectivity issue" and warned travelers that flight delays are likely.

On Monday, 1,541 Southwest flights, about 41% of its schedule, were delayed, according to FlightAware.

The airline said that its operations on were disrupted Monday evening after its "third-party weather provider experienced intermittent performance issues" but told employees earlier Tuesday that it was in "relatively good shape" as operations resumed.

49.    On this news, Southwest Airlines' share price fell $0.16 per share to close at $57.12 per share on June 15, 2021, thereby injuring investors.

50.    Then, during market hours on Wednesday, June 16, 2021, news outlets reported that Southwest Airlines was delaying and canceling flights for a third day in a row due to continuing technical issues. The *New York Times* published an article entitled, "Southwest Airlines Delays and Cancels Flights for a Third Day." The article explained that "[t]he headaches began with problems with a weather data supplier on Monday, then technical troubles on Tuesday, and the issues spilled over into Wednesday." In greater part, the *New York Times* reported:

Hundreds of Southwest Airlines flights were delayed or canceled again on Wednesday as the company sought to resolve disruptions from earlier in the week amid a pickup in summer travel.

The headaches for Southwest, which is widely credited for pioneering the low-fare airline business model, began on Monday night, when a problem with a weather data supplier prevented the airline from safely flying planes. The issue was resolved within hours, but on Tuesday the airline suffered its own technological problems, resulting in half of its flights that day being delayed and many being canceled, according to FlightAware, a flight tracking service.

Spillover from that episode caused Wednesday's problems, the airline said. About 10 percent of Southwest's flights were canceled and another 19 percent were delayed by midafternoon, according to FlightAware.

"While our technology issues from Tuesday have been resolved, we are still experiencing a small number of cancellations and delays across our network as we continue working to resume normal operations," Dan Landson, a Southwest spokesman, said in a statement.

Southwest said on Tuesday that it was having problems with "network connectivity." Mr. Landson said that those troubles were unrelated to the weather

16

data problems from Monday and that there was no indication the airline's computer systems had been breached or hacked.

The flight disruptions came at a critical time for a company celebrating its 50th year.

51.    On this news, Southwest Airlines' share price fell $0.45, to close at $56.67 per share on June 16, 2021, thereby injuring investors. The Company's share price continued to decline on June 17, 2021, falling another $1.10 per share to close at $55.57 on June 17, 2021, thereby further injuring investors.

52.    On July 27, 2021, Southwest Airlines filed with the SEC its Quarterly Report on Form 10-Q for the Quarter ended June 30, 2021 (the "2Q21 Report"). Attached to the 2Q21 Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Kelly and Romo attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

53.    The 2Q21 Report ignored the serious risk that having outdated technology posed to the Company's business by providing the following, in pertinent part, regarding the Company's risks:

> Financial results for the Company and airlines in general can be seasonal in nature. . . . ***Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control***. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results. See Note 4 for further information on fuel and the Company's hedging program. Operating results for the three and six months ended June 30, 2021, are not necessarily indicative of the results that may be expected for future quarters or for the year ended December 31, 2021.

54.    The 2Q21 Report did not disclose the Company's internal control issues. It stated

the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. ***These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of June 30, 2021***. Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of June 30, 2021, at the reasonable assurance level.

55.    The above statements in ¶¶ 47-48, 50-54 were materially false and/or misleading

statements, as well as failed to disclose material adverse facts about the Company's business,

operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) Southwest

Airlines continuously downplayed or ignored the serious issues with the technology it used to

schedule flights and crews, and how it stood to be affected worse than other airlines in the event

of inclement weather; (2) it did not discuss how its unique point-to-point service and aggressive

flight schedule could leave it prone to prolonged delays in the event of inclement weather; and (3)

as a result, Defendants' statements about its business, operations, and prospects, were materially

false and misleading and/or lacked a reasonable basis at all relevant times.

56.    On Saturday, October 9, 2021, Southwest Airlines published a tweet on

Twitter.com stating that:

> ***ATC [air traffic control] issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend while we work to recover our operation***. We appreciate your patience as we accommodate affected Customers, and Customer Service wait times are longer than usual.

57.    The same day, October 9, 2021, *AZ Central* published an article reporting that "Southwest cancels, delays hundreds of flights nationwide." *AZ Central* further reported that, after receiving pushback that the Federal Aviation Administration ("FAA") delay website showed no evidence of delays, Southwest Airlines issued an updated statement attributed the delays to an FAA-imposed air traffic management system. By Saturday afternoon, the Company had 568 cancellations and 717 delayed flights nationwide. News outlets echoed and expanded on the disclosure, reporting that Southwest Airlines flights were being canceled or delayed as part of a major nationwide problem. In greater part *AZ Central* reported:

> An air traffic control issue combined with weather delays on the East Coast have caused problems across the airline's network, forcing the Dallas-based carrier to delay and cancel hundreds of flights.

> By Saturday afternoon, the flight-tracking website Flight Aware showed Southwest with 568 cancellations and 717 delayed flights nationwide.

> "Air Traffic Control (ATC) issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend as we work to recover our operation. We appreciate your patience as we accommodate affected Customers as quickly as possible," Southwest said in an emailed statement.

> After receiving pushback to that initial statement online from those who pointed out that the Federal Aviation Administration's delay website showed no evidence of delays, the airline issued an updated statement.

> "We experienced significant impact in the Florida airports yesterday evening after an FAA-imposed air traffic management program was implemented due to weather and resulted in a large number of cancellations.

58.    On October 11, 2021, the first trading day following the disclosures, Southwest Airlines' share price fell $2.25, or 4.17%, to close at $51.67 per share on October 11, 2021, thereby injuring investors.

59.    On October 12, 2021, in an interview on *CNBC*'s "Squawk on the Street," Defendant Kelly materially misrepresented the extent of Southwest's issues with outdated technology, and the risk that having outdated technology posed to its business in the future.

60.     In response to a series of questions from program host Jim Cramer regarding prior technological outages that resulted in cancelled Southwest flights in Florida, and Cramer's suggestion that "something's wrong at Southwest Air," Defendant Kelly acknowledged that isolated problems had occurred, but denied there being a pervasive risk to the Company's operations as a result of outdated technology. Specifically, Defendant Kelly stated "[t]he two technology outages that occurred back in June were human error so it wasn't a lack of technological capability . . . . So, it happens to companies, you know, occasionally we just don't want it to happen very often and obviously every time something like that happens, we, we tried to learn from it."

61.     Regarding the scheduling of flight crews, Defendant Kelly understated the extent of Southwest's issues: "I think in this particular case, in this particular case, it would help for us to have better tools to recover. So, there, there aren't perfect optimization tools to re-flow airplanes when we have a setback like we did on Friday. And then, secondly, there's technology that's required to reschedule our flight crews, so we have flight attendants, we have pilots, we have airplanes and once it gets behind, it's just difficult to get that back together so I think the opportunity is to improve on that process. It's called repair. It's complicated, but we definitely have some good opportunities there, you know, for the future."

62.     Defendant Kelly further stated, "[w]e've deployed new technology for reservations, we're in the process of deploying new maintenance, record keeping software that supports all of our aircraft, one of the largest projects we've ever undertaken, probably the largest deployment in the airline industry in years. So, we have wonderful technology, we have a wonderful technology department. They're, they're very well resourced. [. . .] But overall technology's in pretty good shape in terms of staffing, and for the most part, our staffing challenges have moderated. I'd still

20

like to have more cushion in the operation so we can absorb the kind of blow that we saw last Friday better."

63.     On October 26, 2021, Southwest Airlines filed with the SEC its Quarterly Report on Form 10-Q for the Quarter ended September 30, 2021 (the "3Q21 Report"). Attached to the 3Q21 Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Kelly and Romo attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

64.     The 3Q21 Report ignored the serious risk that having outdated technology posed to the Company's business by providing the following, in pertinent part, regarding the Company's risks:

> Financial results for the Company and airlines in general can be seasonal nature . . . . ***Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control***. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results.

65.     The 3Q21 Report did not disclose the Company's internal control issues. It stated the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. ***These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure***. ***Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of September 30, 2021***. Based

on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of September 30, 2021, at the reasonable assurance level.

66.    On February 7, 2022, Southwest Airlines filed with the SEC its 2021 Annual Report on Form 10-K for the year ended December 31, 2021 (the "2021 Annual Report"). Attached to the 2021 Annual Report were certifications pursuant to SOX signed by Defendants Jordan and Romo attesting to the accuracy and truthfulness of the information contained therein.

67.    The 2021 Annual Report downplayed the serious present risk that having outdated information technology posed to the Company's business by mostly discussing hypothetical scenarios regarding the Company's technology risks, rather than plainly stating that its existing technology was outdated and that it presented a clear and imminent risk to the Company's operations:

> The Company is increasingly dependent *on the use of complex technology and systems to run its ongoing operations and support its strategic objectives*. These technologies and systems include, among others, the Company's website and reservation system; flight dispatch and tracking systems; flight simulators; check-in kiosks; aircraft maintenance, planning, and record keeping systems; telecommunications systems; flight planning and scheduling systems; crew scheduling systems; human resources systems; and financial planning, management, and accounting systems. *The performance, reliability, and security of the Company's technology infrastructure and supporting systems are critical to the Company's operations and initiatives*.

> Implementation and integration of complex systems and technology present significant challenges in terms of costs, human resources, and development of effective internal controls. *Implementation and integration require a balancing between the introduction of new capabilities and the managing of existing systems, and present the risk of operational or security inadequacy or interruption, which could materially affect the Company's ability to effectively operate its business and/or could negatively impact the Company's results of operations*. The Company is also reliant upon the performance of its third party vendors for timely and effective implementation and support of many of its technology initiatives and for maintaining adequate information security measures within the services and/or software they deliver. *If any of the Company's significant technologies or automated systems were to cease functioning, or if its third party vendor service providers were to fail to adequately and timely provide technical support, system maintenance, security, or software upgrades for any*

22

*of the Company's existing systems, the Company could experience service interruptions, delays, and loss of critical data, which could harm its operations, and result in financial losses and reputational damage.*

*In the ordinary course of business, the Company's systems will continue to require modification and refinements to address growth and changing business requirements*. In addition, the Company's systems may require modification to enable the Company to comply with changing regulatory requirements. *Modifications and refinements to the Company's systems have been and are expected to continue to be expensive to implement and can divert management's attention from other matters*. *In particular, during 2020, in connection with the Company's efforts to reduce capital and operating expenditures in response to the COVID-19 pandemic, the Company deferred a significant number of technology projects. In addition, the Company's operations  could be adversely affected, or the Company could face imposition of regulatory penalties, if it were unable to timely or effectively modify its systems as necessary or appropriately balance the introduction of new capabilities with the management of existing systems*. The Company has experienced system interruptions and delays that have made its websites and operational systems unavailable or slow to respond, which has prevented the Company from efficiently processing Customer transactions or providing services. Any future system interruptions or delays could reduce the Company's operating revenues and the attractiveness of its services, as well as increase the Company's costs.

The Company's technologies and systems and functions could be damaged or interrupted by *catastrophic events beyond its control such as fires, floods, earthquakes, tornadoes and hurricanes, power loss, computer and telecommunications failures, acts of war or terrorism, computer viruses, security breaches, and similar events or disruptions*. Any of these events could cause system interruptions, delays, and loss of critical data, and could prevent the Company from processing Customer transactions or providing services, which could make the Company's business and services less attractive and subject the Company to liability. Any of these events could damage the Company's reputation and be expensive to remedy.

68.     The 2021 Annual Report did not disclose the serious issues with the Company's

internal controls. It stated, in pertinent part, regarding the Company's internal controls:

The Company maintains disclosure controls and procedures (as defined in Rule 13a- 15(e) of the Securities Exchange Act (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms. *These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer,*

*as appropriate to allow timely decisions regarding required disclosure. Management, with the participation of the Company's Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of December 31, 2021.* Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of December 31, 2021, at the reasonable assurance level.

69.     In its 2020 Annual Report, Southwest Airlines also discussed its unique "point-to-point" route structure which differs from the "hub-and-spoke" route structure used by most  major domestic airlines. In its discussion of its route structure, Southwest Airlines emphasized positive aspects of the unique "point-to-point" structure, but did not disclose that in adverse weather conditions, the "point-to-point" structure could leave Southwest Airlines more adversely affected than its competitors. It stated, in pertinent part:

> *Southwest has historically principally provided point-to-point service, rather than the "hub-and-spoke" service provided by most major U.S. airlines. The hub-and-spoke system concentrates most of an airline's operations at a limited number of central hub cities and serves most other destinations in the system by providing one-stop or connecting service through a hub. By not concentrating operations through one or more central transfer points, Southwest's point-to-point route structure has allowed for more direct nonstop routing than hub-and-spoke service.* However, in response to the effects of the COVID-19 pandemic, the Company placed greater reliance in 2020 and 2021 on connecting traffic in an effort to capture Customer demand. Approximately 73 percent of the Company's Customers flew nonstop during 2021, compared with 72 percent during 2020, and compared with 77 percent during 2019, and, as of December 31, 2021, Southwest served 788 nonstop city pairs, compared with 667 as of December 31, 2020, and compared with 720 as of December 31, 2019. For 2021, the Company's average aircraft trip stage length was 790 miles, with an average duration of approximately 2.1 hours, as compared with an average aircraft trip stage length of 743 miles and an average duration of approximately 2.0 hours in 2020, and as compared with an average aircraft trip stage length of 748 miles and an average duration of approximately 2.0 hours in 2019.

70.     On May 2, 2022, Southwest Airlines filed with the SEC its quarterly report on Form 10-Q for the period ended March 31, 2022 (the "1Q22 Report"). Attached to the 1Q22 Report was a certification pursuant to SOX signed by Defendants Jordan and Romo attesting to the

accuracy of financial reporting, the disclosure of any material changes to the Company's internal

over financial reporting and the disclosure of all fraud.

71. The 1Q22 Report ignored the serious risk that having outdated technology posed

to the Company's business by providing the following, in pertinent part, regarding the Company's

risks:

> Financial results for the Company and airlines in general can be seasonal in nature.
> . . . ***Air travel is also significantly impacted by general economic conditions, the
> amount of disposable income available to consumers and changes in consumer
> behavior, unemployment levels, corporate travel budgets, global pandemics such
> as COVID-19, extreme or severe weather and natural disasters, fears of terrorism
> or war, governmental actions, and other factors beyond the Company's control***.
> These and other factors, such as the price of jet fuel in some periods, the nature of
> the Company's fuel hedging program, and the periodic volatility of commodities
> used by the Company for hedging jet fuel, have created, and may continue to create,
> significant volatility in the Company's financial results.

72. The 1Q22 Report did not disclose the Company's internal control issues. It stated

the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule
> 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed
> to provide reasonable assurance that the information required to be disclosed by the
> Company in the reports that it files or submits under the Exchange Act is recorded,
> processed, summarized, and reported within the time periods specified in the
> Securities and Exchange Commission's rules and forms. ***These include controls
> and procedures designed to ensure that this information is accumulated and
> communicated to the Company's management, including its Chief Executive
> Officer and Chief Financial Officer, as appropriate to allow timely decisions
> regarding required disclosure. Management, with the participation of the Chief
> Executive Officer and Chief Financial Officer, evaluated the effectiveness of the
> Company's disclosure controls and procedures as of March 31, 2022***. Based on
> this evaluation, the Company's Chief Executive Officer and Chief Financial Officer
> have concluded that the Company's disclosure controls and procedures were
> effective as of March 31, 2022, at the reasonable assurance level.

73. On August 2, 2022, after market hours, Southwest Airlines filed with the SEC its

quarterly report on Form 10-Q for the period ended June 30, 2022 (the "2Q22 Report"). Attached

to the 2Q22 Report was a certification pursuant to SOX signed by Defendants Jordan and Romo

25

attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

74.    The 2Q22 Report ignored the serious risk that having outdated technology posed to the Company's business by providing the following, in pertinent part, regarding the Company's risks:

> Financial results for the Company and airlines in general can be seasonal in nature. . . . ***Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control***. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results.

75.    The 2Q22 Report did not disclose the Company's internal control issues. It stated the following, in pertinent part, regarding the Company's internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule 13a-15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. ***These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure***. ***Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of June 30, 2022***. Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of June 30, 2022, at the reasonable assurance level.

76.    On October 31, 2022, Southwest Airlines filed with the SEC its quarterly report on Form 10-Q for the period ended September 30, 2022 (the "3Q22 Report"). Attached to the 3Q22 Report were certifications pursuant to SOX signed by Defendants Kelly and Romo attesting to the

accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

77.   The 3Q22 Report ignored the serious risk that having outdated technology posed to the Company's business by providing the following, in pertinent part, regarding the Company's risks:

> Financial results for the Company and airlines in general can be seasonal in nature. . . . *Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control*. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results.

78.   The 3Q22 Report did not disclose the Company's internal control issues. It stated the following, in pertinent part, regarding its internal controls:

> The Company maintains disclosure controls and procedures (as defined in Rule 13a- 15(e) of the Securities Exchange Act of 1934 (the "Exchange Act")) designed to provide reasonable assurance that the information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. *These include controls and procedures designed to ensure that this information is accumulated and communicated to the Company's management, including its Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Management, with the participation of the Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of the Company's disclosure controls and procedures as of September 30, 2022*. Based on this evaluation, the Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures were effective as of September 30, 2022, at the reasonable assurance level.

79.   The statements contained in ¶¶ 56-57, 59-78 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations and prospects, which were known to Defendants

or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) Southwest Airlines continuously downplayed or ignored the serious issues with the technology it used to schedule flights and crews, and how it stood to be affected worse than other airlines in the event of inclement weather; (2) it did not discuss how its unique point-to-point service and aggressive flight schedule could leave it prone to prolonged delays in the event of inclement weather; and (3) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**<u>Disclosures at the End of the Class Period</u>**

80.    Winter storms disrupted holiday travel during the 2022 holiday season, leaving thousands of travelers stranded in airports around the United States. However, not all domestic airlines were affected equally. Southwest Airlines flight cancellations accounted for the vast majority of domestic flight cancellations, leaving travelers unable to visit loved ones over the holidays, and attracting the ire of the federal government.

81.    As flights were getting cancelled around the country, it soon emerged that the root cause behind Southwest Airlines' cancellations was outdated and ineffective technology, in particular, its crew scheduling system (called "Sky Solver"). Further compounding on this issue, Southwest Airlines used an aggressive flight schedule that left it prone to greater cancellations than its competitors in the event of unusual conditions, such as nationwide storms.

82.    As various national news outlets focused on how Southwest Airlines' utter failure to provide adequate services to its customers left thousands stranded at airports across the country, the truth about the Company's business began to emerge.

83.    On December 26, 2022, *Business Insider* published an article about Southwest Airlines entitled "U.S. Department of Transportation says it plans to look into Southwest Airlines

28

following the airline's unacceptable holiday flight cancellations." The article  highlighted that the Department of Transportation had announced that it would examine  "whether cancellations were controllable," and whether Southwest Airlines was complying with its stated customer service plan, after reports of a lack of prompt customer service in the wake of cancellations."

84.    On the same day, *CNN* published an article entitled "Massive Southwest Airlines Disruption Leaves Customers Stranded and Call Centers Swamped." *CNN* discussed how the winter conditions had affected Southwest Airlines to a much greater extent than its competitors, and then discussed how it had been provided a transcript of a message from Defendant Jordan to Southwest's employees. In this message, Defendant Jordan stated that "[Southwest Airlines] has a lot of issues in the operation right now," and that "[p]art of what we're suffering is a lack of tools. We've talked an awful lot about modernizing the operation, and the need to do that."

85.     Then, on December 27, 2022, *Reuters* published an article entitled "Southwest cancels thousands more flights; U.S. Government Vows Scrutiny." This article quoted Casey Murray, president of the Southwest Airlines Pilots Association (the "SWAPA"), who said "Southwest is using outdated technology and processes, really from the '90s, that can't keep up with the network complexity today."

86.    The *Reuters* article also discussed Southwest Airlines' flight schedule. Rather than flying out of hubs, Southwest Airlines relies on the aforementioned point-to-point service, which leaves Company staff vulnerable to being stranded during disruptions (such as inclement weather). Murray said that this complex and aggressive business model was possible. However, executing this strategy in adverse conditions would only be possible with software that was more effective than Sky Solver, Southwest Airlines' proprietary software that is used to match flight staff personnel with different flights. Murray stated that "[w]e had aircraft that were available, but

the process of matching up those crew members with the aircraft could not be handled by our technology." Due to Sky Solver's failure, the Company had to manually match crew members to specific flights, a process that Murray called "extraordinarily difficult."

87.     On the same day, *CNN* published an article entitled "Why Southwest is Melting Down," which quoted Kathleen Bangs, a spokesperson for a flight tracking website called FlightAware, who stated that Southwest's schedule was aggressive in that it focused on shorter flights with tight turnaround times. Bangs further stated, "[t]hose turnaround times bog things down."

88.     The December 27 *CNN* article quoted Lyn Montgomery, the president of the labor union which represents Southwest Airlines' flight attendants, as saying "[t]he phone system the company uses is just not working. They're just not manned with enough manpower in order to give the scheduling changes to flight attendants, and that's created a ripple effect that is creating chaos throughout the nation."

89.     The December 27 *CNN* article revealed that it also obtained a transcript of a phone call between Southwest Airlines' COO, Andrew Watterson, and various company employees, in which Watterson stated "[t]he process of matching up [crew members] with the aircraft could not be handled by our technology."

90.     On this news, Southwest Airlines stock fell from a closing price of $36.09 on December 23, 2022, to $33.94 on the next trading day, December 27, 2022, and then to $32.19 on December 28, 2022, a drop of over 12%.

91.     More news emerged about Southwest Airlines over the following days. On December 30, 2022, *My Tech Decisions* published an article about Southwest Airlines entitled "Southwest Airlines' Holiday Collapse Due in Part to Outdated IT Systems," which discussed how

the SWAPA had warned that the Company needed to improve its technological infrastructure. SWAPA stated, "A systemic failure of Southwest Airlines leaders to modernize, support, and staff its operation leaves every frontline employee, Pilots included, tired of apologizing to our passengers. . . . For more than a decade, leadership shortcomings in adapting, innovating, and safeguarding our operations have led to repeated system disruptions, countless disappointed passengers, and millions in lost profits." Further, "we call for investing in infrastructure . . . in the forms of crew scheduling software that takes into account our point-to-point network . . . and communication tools that would have allowed for displaced crews to remain in in constant contact with our Company."

92.     On December 31, 2022, *The New York Times* published an article entitled "The Shameful Open Secret Behind Southwest's Failure," which discussed how it was an "open secret" within Southwest Airlines that it desperately needed to modernize its scheduling systems. In particular, the article discussed how software shortcomings had "contributed to previous, smaller-scale meltdowns," and that Southwest Airlines worker unions had warned the Company about the software at various times before the Company's meltdown over the 2022 holiday season.

93.     On this news, Southwest Airlines stock fell from a closing price of $33.67 on December 30, 2022, to $32.6 on the next trading day, January 3, 2023, a drop of over 3%.

## CLASS ACTION ALLEGATIONS

94.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired publicly traded Southwest Airlines securities between June 13, 2020 and December 31, 2022, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of

their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

95.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Southwest Airlines' shares actively traded on the NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Southwest Airlines shares were traded publicly during the Class Period on the NYSE.  Record owners and other members of the Class may be identified from records maintained by Southwest Airlines or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

96.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

97.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

98.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)       whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Southwest Airlines; and

(c)       to what extent the members of the Class have sustained damages and the proper measure of damages.

99.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

100.    The market for Southwest Airlines' securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Southwest Airlines' securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Southwest Airlines' securities relying upon the integrity of the market price of the Company's securities and market information relating to Southwest Airlines, and have been damaged thereby.

101.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Southwest Airlines' securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Southwest Airlines' business, operations, and prospects as alleged herein.

33

102.    At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Southwest Airlines' financial well-being and prospects.   These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

103.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

104.    During the Class Period, Plaintiff and the Class purchased Southwest Airlines' securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

105.    As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced

in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Southwest Airlines, their control over, and/or receipt and/or modification of Southwest Airlines' allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Southwest Airlines, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

106.    The market for Southwest Airlines' securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Southwest Airlines' securities traded at artificially inflated prices during the Class Period. On April 6, 2021, the Company's share price closed at a Class Period high of $64.10 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Southwest Airlines' securities and market information relating to Southwest Airlines, and have been damaged thereby.

107.    During the Class Period, the artificial inflation of Southwest Airlines' shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Southwest Airlines' business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Southwest Airlines and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively

affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

108.     At all relevant times, the market for Southwest Airlines' securities was an efficient market for the following reasons, among others:

(a)     Southwest Airlines shares met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b)     As a regulated issuer, Southwest Airlines filed periodic public reports with the SEC and/or the NYSE;

(c)     Southwest Airlines regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Southwest Airlines was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

109.     As a result of the foregoing, the market for Southwest Airlines' securities promptly digested current information regarding Southwest Airlines from all publicly available sources and reflected such information in Southwest Airlines' share price. Under these circumstances, all purchasers of Southwest Airlines' securities during the Class Period suffered similar injury

through their purchase of Southwest Airlines' securities at artificially inflated prices and a presumption of reliance applies.

110.    A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.  Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.  All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions.   Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

111.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading,

and/or the forward-looking statement was authorized or approved by an executive officer of Southwest Airlines who knew that the statement was false when made.

## FIRST CLAIM

**Violation of Section 10(b) of The Exchange Act and**

**Rule 10b-5 Promulgated Thereunder**

### Against All Defendants

112.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

113.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Southwest Airlines' securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

114.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Southwest Airlines' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

115.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a

continuous course of conduct to conceal adverse material information about Southwest Airlines' financial well-being and prospects, as specified herein.

116.    Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Southwest Airlines' value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Southwest Airlines and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

117.    Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the

Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

118.    Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Southwest Airlines' financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

119.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Southwest Airlines' securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Southwest Airlines' securities during the Class Period at artificially high prices and were damaged thereby.

120.    At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Southwest Airlines was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Southwest Airlines securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

121.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

122.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act

### Against the Individual Defendants

123.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

124.    Individual Defendants acted as controlling persons of Southwest Airlines within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which

41

Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

125.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

126.     As set forth above, Southwest Airlines and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated: March 13, 2023

By:    */s/ Joe Kendall*

**KENDALL LAW GROUP, PLLC**
Joe Kendall (Texas Bar No. 11260700; SDTX Bar No. 30973)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com
        prajesh@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Dave Carlson*